UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
JUN 2 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Derek Horn SR, Jasmond Lindsey
Ashja Horn, Airris Horn.

        Plaintiff

vs.

City of Peoria, IL
City of Peoria, IL Police Department
Officer David Buss

        Defendant

Case No. 07-1166

COMPLAINT UNDER 42 U.S.C. §1983

Now comes the plaintiff, Ashja Horn, Airris Horn, Derek Horn SR, Jasmond Lindsey and states as follows:

My current address is P.O. Box 129 East St. Louis, IL 62202

The defendant City of Peoria, IL is employed as _____ at _____.

The defendant City of Peoria, IL Police Department is employed as _____ at _____.

The defendant Officer David Buss is employed as Police Officer at The City of Peoria, IL.

Additional defendants and addresses _____

STATEMENT OF CLAIM

Place of the occurrence At the intersection of Knoxville & Arcadia Peoria, IL

Date of the occurrence March 5, 2007.

Witnesses to the occurrence Delisa Jemerson, Cindy Closen, Angelina Ramirez

(State here briefly the <u>facts</u> that support your case. Describe how <u>each</u> defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.) THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED. On March 5, 2007 at of about 4:30 pm My Wife, Danetta Horn was killed in a car accident as a result of a high speed chase performed by Officer David Buss of the Peoria Police Department. Officer David Buss is directly the cause of this incedent due to the fact that he was the persueing officer. City of Peoria Police Department because he is employed by the City of Peoria Police Department. City of Peoria due to the fact that the City of Peoria is the entity who directly governs the City of Peoria Police Department. End of Statement.

RELIEF

JURY DEMAND?    YES (✓)    NO ( )

(State exactly what relief you want from the court.)

I am seeking monetary relief in a undisclosed amount to cover, Emotional damages, Mental suffering, financil loss financial dependence for our children and Hardship.

Signed this __19__ day of __June__, 2007.

_Derek B. Henn_ B75004
(Signature of plaintiff)

P.O. Box 129
East STLouis, ILL. 62202
Address

N/A
Phone Number